IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP PAPPAS,

    Petitioner,               No. CIV S-05-1262 FCD KJM P

    vs.

KATHY MENDOZA-POWERS,

    Respondent.          ORDER

_____/

        Petitioner, a state prisoner proceeding with counsel, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Petitioner challenges a decision by the Board of Prison Terms but he is in custody in Avenal State Prison, which is in the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(b).

        As provided by Local Rule 3-120(d), a civil action that has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

/////

1     Good cause appearing, IT IS HEREBY ORDERED that:

2     1. This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4     2. All future filings shall reference the new Fresno case number assigned and

5 shall be filed at:

      United States District Court
      Eastern District of California
      1130 "O" Street
      Fresno, CA 93721

9 DATED: June 29, 2005.

                              _____
                              UNITED STATES MAGISTRATE JUDGE

2/bb
papp1262.100f

2