UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP CARY PAPPAS,<br><br>    Petitioner,<br><br>    v.<br><br>KATHY MENDOZA-POWERS,<br><br>    Respondent. | 1:05-cv-00857-LJO-TAG-HC<br><br>ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE (Doc. 19) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 13, 2007, the Court ordered Respondent to file a response to the instant petition. (Doc. 17). On June 7, 2007, Respondent filed a request for extension of time to file the response, citing the press of work. (Doc. 19). Respondent requested an additional twenty-one days, or until July 2, 2007 to respond. (Id.).

GOOD CAUSE appearing therefor, it is HEREBY ORDERED that Respondent's request for extension of time (Doc. 19), is GRANTED. Respondent has up to and including July 2, 2007, within which to file a Response.

IT IS SO ORDERED.

Dated:  **June 14, 2007**                         **/s/ Theresa A. Goldner**
                                                                    UNITED STATES MAGISTRATE JUDGE