IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILLIP CAREY PAPPAS,**<br><br>                            Petitioner,<br><br>v.<br><br>**KATHY MENDOZA-POWERS,**<br><br>                            Respondent. | 1:05-cv-00857-LJO-TAG HC<br><br>**ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR AN EXTENSION OF TIME** |

Respondent's first request for an extension of time to file an Answer to the Petition for Writ of Habeas Corpus was considered by the Court, and good cause appearing, Respondent's request is granted.

IT IS HEREBY ORDERED that Respondent shall file an Answer to the Petition by July 2, 2007.

IT IS SO ORDERED.

Dated:  **June 14, 2007**                                          /s/ Theresa A. Goldner
                                                                                    UNITED STATES MAGISTRATE JUDGE

*Order*

1