IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP CARY PAPPAS,<br><br>    Petitioner,<br><br>vs.<br><br>KATHY MENDOZA-POWERS,<br><br>    Respondent.<br>_____/ | 1:05-cv-00857-LJO-TAG (HC)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE<br><br>(Doc. 23) |

    Petitioner is a state prisoner in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 30, 2007, petitioner, through his attorney, filed a motion to extend time to file a traverse. (Doc. 23). Counsel indicates that the press of business in his law practice has made it difficult to prepare the Traverse in this case and that he requires an additional forty-five days within which to file the Traverse.

    Good cause having been presented to the court, IT IS HEREBY ORDERED that Petitioner's motion for extension of time (Doc. 23) is GRANTED. Petitioner has forty-five days from the date of service of this order in which to file a Traverse.

IT IS SO ORDERED.

Dated:   **August 28, 2007**           /s/ **Theresa A. Goldner**
                                                                     UNITED STATES MAGISTRATE JUDGE