STEVE M. DEFILIPPIS
State Bar #117292
PICONE & DEFILIPPIS, A P.L.C.
625 N. First Street
San Jose, CA 95112
(408) 292-0441

Attorneys for Petitioner,
PHILLIP PAPPAS

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

PHILLIP CAREY PAPPAS,

    Petitioner,

vs.

KATHY MENDOZA-POWERS,
Warden, Avenal State Prison,

    Respondent.

Case No. 1:05-cv-00857 LJO-TAG

***ORDER GRANTING 2nd EXTENSION OF TIME TO FILE TRAVERSE TO RESPONDENT'S ANSWER***

    Petitioner, PHILLIP CAREY PAPPAS, having duly applied for an extension of time to file his Traverse, and good cause appearing,

    IT IS HEREBY ORDERED that the time for filing Petitioner's Traverse is extended through and including November 14, 2007.

Dated: 10/22/2007

                        U.S. MAGISTRATE JUDGE