UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP CARY PAPPAS,        ) | 1:05-cv-00857-LJO-TAG-HC |
|                             ) | |
| Petitioner,          ) | ORDER GRANTING PETITIONER'S |
|                             ) | REQUEST FOR EXTENSION OF TIME TO |
| v.                   ) | FILE TRAVERSE (Doc. 27) |
|                             ) | |
| KATHY MENDOZA-POWERS,       ) | ORDER REQUIRING TRAVERSE TO BE |
|                             ) | FILED BY NOVEMBER 21, 2007 |
|                             ) | |
| Respondent.          ) | |
|                             ) | |

Petitioner is a state prisoner represented by counsel and proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 2, 2007, Respondent filed her answer. (Doc. 22). Subsequently, Petitioner's counsel requested and received two extensions of time within which to file the Traverse. (Docs. 24 & 26). The Traverse is presently due on or before November 14, 2007. However, on November 13, 2007, counsel for Petitioner filed a third request for an extension of time of one week in order to file the Traverse. (Doc. 27). Counsel cites the press of business and his need for approximately eight hours of research to finish two remaining arguments. (Id.).

GOOD CAUSE appearing therefor, it is HEREBY ORDERED that Petitioner's request for extension of time (Doc. 27), is GRANTED. Petitioner is granted an extension of time to and including November 21, 2007, within which to file the Traverse.

IT IS SO ORDERED.

Dated:   **November 14, 2007**                    **/s/ Theresa A. Goldner**
                                                  UNITED STATES MAGISTRATE JUDGE