IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP CAREY PAPPAS,<br><br>    Petitioner,<br><br>    vs.<br><br>K. MENDOZA-POWERS, Warden,<br><br>    Respondent.<br>_____/ | 1:05-cv-00857-LJO-JMD (HC)<br><br>ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION<br><br>(DOCUMENT #35)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 2, 2008, petitioner filed a motion to extend time to file objections to the findings and recommendation. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to the findings and recommendation.

IT IS SO ORDERED.

Dated:   July 7, 2008                             /s/ John M. Dixon
                                       UNITED STATES MAGISTRATE JUDGE