IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP PAPPAS,<br><br>    Petitioner,<br><br>    vs.<br><br>K. MENDOZA-POWERS, Warden,<br><br>    Respondent.<br>_____/ | 1:05-cv-00857-LJO-JMD (HC)<br><br>ORDER GRANTING PETITIONER'S THIRD MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION<br><br>(DOCUMENT #37)<br><br>AUGUST 25, 2008 DEADLINE |

Petitioner is a state prisoner proceeding in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 12, 2008, petitioner filed a motion to extend time to file objections to the findings and recommendation. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted to and including August 25, 2008 in which to file objections to the findings and recommendation.

IT IS SO ORDERED.

**Dated:   August 13, 2008**            **/s/ John M. Dixon**
                                         UNITED STATES MAGISTRATE JUDGE