IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP PAPPAS,          Petitioner,     vs.  K. MENDOZA-POWERS, Warden,          Respondent.  _____/ | 1:05-cv-00857-LJO-JMD (HC)  ORDER GRANTING PETITIONER'S FOURTH MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION  (DOCUMENT #39)  SEPTEMBER 8, 2008 DEADLINE |

Petitioner is a state prisoner proceeding in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 25, 2008, Petitioner filed a motion to extend time to file objections to the findings and recommendation. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted to and including September 8, 2008 in which to file objections to the findings and recommendation.

IT IS SO ORDERED.

**Dated:   August 26, 2008**          **/s/ John M. Dixon**
                              UNITED STATES MAGISTRATE JUDGE