IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP PAPPAS, | 1:05-cv-00857-LJO-JMD (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S FIFTH MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION |
| vs. | |
| K. MENDOZA-POWERS, Warden, | (DOCUMENT #41) |
| Respondent. | SEPTEMBER 10, 2008 DEADLINE |

Petitioner is a state prisoner proceeding in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 8, 2008, Petitioner filed a motion to extend time to file objections to the findings and recommendation. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted to and including September 10, 2008 in which to file objections to the findings and recommendation.

IT IS SO ORDERED.

**Dated:   September 10, 2008**          /s/ John M. Dixon
                                         UNITED STATES MAGISTRATE JUDGE