# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP CARY PAPPAS, ) | 1:05-CV-0857 LJO JMD HC |
| ) | |
| Petitioner, ) | ORDER GRANTING MOTION TO WITHDRAW |
| ) | |
| v. ) | [Doc. #30] |
| ) | |
| KATHY MENDOZA-POWERS, Warden, ) | |
| ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 15, 2007, Joseph V. Camarata, counsel for Petitioner, filed a motion to withdraw as counsel. Counsel states that he began employment as a Deputy District Attorney for the County of Solano and that he can no longer represent Petitioner because of the conflict of interest. Counsel served the motion to Petitioner's new counsel and to opposing counsel. The motion to withdraw is therefore granted.

Accordingly, IT IS HEREBY ORDERED that Joseph V. Camarata is RELIEVED as counsel for Petitioner.

IT IS SO ORDERED.

**Dated:**   **October 8, 2008**              /s/ John M. Dixon

1                UNITED STATES MAGISTRATE JUDGE

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28